UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                Plaintiff, :
                                                            :   15 Cr. 174-08 (LGS)
            -against-                                  :
                                                            :   ORDER
CARLOS ALBERTO VALLADARES ZUNIGA,  :
                              Defendant. :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated July 7, 2022, required the Government to file a status letter by July 29, 2022;

WHEREAS, the Government failed to submit the letter.  It is hereby

**ORDERED** that, by **August 12, 2022**, the Government shall file the status letter.

Dated: August 8, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**