UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
  UNITED STATES OF AMERICA,            :
                                Plaintiff,  :
                                         :
              -against-                :          15 Cr. 174-8 (LGS)
                                         :
  CARLOS ALBERTO VALLADARES ZUNIGA, :         ORDER
                                Defendant.  :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on June 20, 2022, Mr. Neil B. Checkman applied for an order re-appointing counsel, *nunc pro tunc* to June 17, 2022, to represent Defendant Carlos Alberto Valladares Zuniga on an application to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A);

       WHEREAS, "there is no statutory right to counsel under the Criminal Justice Act in connection with a § 3582(c) motion, and . . . the provision of such counsel should rest in the discretion of the district court." United States v. Cirineo, 372 F. App'x 178, 179 (2d Cir. 2010) (summary order) (citing United States v. Reddick, 53 F.3d 462, 464-65 (2d Cir. 1995)); accord United States v. Dussard, No. 16 Crim. 673-2, 2020 WL 6263575, at *3 (S.D.N.Y. Oct. 23, 2020). The merits of a motion for compassionate release are a "significant factor in the exercise of that discretion." Reddick, 53 F.3d at 465 n.2; accord Dussard, 2020 WL 6263575, at *3.

       WHEREAS, in an Order dated June 22, 2022, the Court directed Defendant or Mr. Checkman to file a letter describing the basis for the motion for reducing Defendant's sentence;

       WHEREAS, on July 22, 2022, Mr. Checkman filed a letter describing the basis for the motion. Based on the foregoing, it is hereby

       **ORDERED** that Mr. Checkman's application for the re-appointment of counsel is denied.

Dated: August 16, 2022
       New York, New York

                                                  LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE